IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30347
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

FRANKLIN B. ROBINSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(95-CV-1448)
_____
January 6, 1997
Before KING, JOLLY, and PARKER, Circuit Judges.

PER CURIAM:[*]

Franklin B. Robinson, federal prisoner #08390-035, appeals
from the district court's denial of his motion to vacate, set
aside, or correct his sentence pursuant to 28 U.S.C. § 2255.
Franklin argues that 1) the evidence was insufficient to support
his conspiracy conviction; 2) his grand and petit juries were not
selected from a fair cross-section of the community;

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

3) the district court erred in admitting the out-of-court statements of his coconspirator; 4) the district court violated Fed. R. Crim. P. 32 at sentencing; 5) the district court failed to give a jury instruction on Robinson's defense; 6) prosecutorial misconduct occurred during the grand jury proceedings and at trial; and 7) Robinson received ineffective assistance of counsel at trial and on appeal.

We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for essentially the reasons adopted by the district court.  See United States v. Robinson, No. 95-CV-1448 (W.D. La. Mar. 26, 1996).  If this court were to hold that a certificate of appealability (COA) is required in a case such as this, COA would be denied.  See 28 U.S.C. § 2253(c).

AFFIRMED.